IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TEXAS GUN RIGHTS, INC., and
NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

v.                                                                           Civil Action No. _____

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

## PLAINTIFFS' NOTICE OF RELATED CASES

As provided by Local Civil Rule 3.3, based on the Plaintiffs' knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the following cases are related because they implicate the validity of the same rule promulgated by Defendant that is the subject of this lawsuit:

    1.    *Mock v. Garland*, 4:23-cv-00095-O (N.D. Tex.) (O'Connor, J.) pending as No. 23-10319 (5th Cir. May 23, 2023). This case is pending.

    2.    *Second Amendment Foundation v. ATF*, 3:21-cv-116-B (N.D. Tex. May 25, 2023) (Boyle, J.). This case is pending.

    3.    *Britto v. ATF*, 2:23-cv-19-z (N.D. Tex. May 31, 2023) (Kacsmaryk, J.). This case is pending.

4. *Texas v. ATF*, 6:23-cv-13 (N.D. Tex. May 31, 2023) (Tipton, J.). This case is pending.

5. *Watterson v. ATF*, No. 4:23-cv-00080 (E.D. Tex.) (Mazzant, J.). This case is pending.

6. *FRAC v. Garland*, No. 1:23-cv-00024 (D.N.D.) (Hovland, J.). This case is pending.

7. *Miller v. Garland*, No. 1:23-cv-00195 (E.D. Va.) (Alston, J.), pending as No. 23-1604 (4th Cir. June 6, 2023). This case is pending.

Dated this 8th day of June, 2023.

Respectfully Submitted,

THE LAW OFFICE OF JASON NASH, P.L.L.C.

s/ *Jason C. Nash*

Jason C. Nash (Texas Bar No. 24032894)
601 Jameson Street
Weatherford, TX 76086
Telephone: (817) 757-7062
jnash@jasonnashlaw.com

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

Richard M. Esenberg (*pro hac vice forthcoming*)
Daniel P. Lennington (*pro hac vice forthcoming*)
Lucas T. Vebber (*pro hac vice forthcoming*)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org

ARRINGTON LAW FIRM

Barry K. Arrington (*pro hac vice forthcoming*)
(Texas Bar No. 24129555)
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Telephone: (303) 205-7870
barry@arringtonpc.com

*Attorneys for Plaintiffs*