# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Texas Gun Rights, Inc., et al.
Plaintiff

v.

Civil Action No.

Bureau of Alcohol, Tobacco, Firearms and Ex
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

The undersigned counsel for Plaintiffs Texas Gun Rights, Inc. and National Association for Gun Rights Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Texas Gun Rights, Inc., National Association for Gun Rights Inc., Bureau of Alcohol, Tobacco, Firearms and Explosives, The Law Office of Jason Nash, P.L.L.C., Attorney Jason C. Nash, Wisconsin Institute for Law & Liberty, Inc., Attorney Richard M. Esenberg, Attorney Daniel P. Lennington, Attorney Lucas T. Vebber, Arrington Law Firm, and Attorney Barry K. Arrington

| | |
|---|---|
| Date: | 06/08/2023 |
| Signature: | s/ Jason C. Nash |
| Print Name: | Jason C. Nash |
| Bar Number: | 24032894 |
| Address: | 601 Jameson Street |
| City, State, Zip: | Weatherford, TX 76086 |
| Telephone: | 817-757-7062 |
| Fax: | n/a |
| E-Mail: | jnash@jasonnashlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.