AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Texas Gun Rights, Inc. and National Association for Gun Rights Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms and Explosives <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jason C. Nash, The Law Office of Jason Nash, P.L.L.C., 601 Jameson Street, Weatherford, TX 76086; Richard M. Esenberg, Daniel P. Lennington, and Lucas T. Vebber, Wisconsin Institute for Law & Liberty, Inc., 330 E. Kilbourn Ave., Suite 725, Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*