# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### RICHARD M. ESENBERG

was admitted to practice as an attorney within this state on September 14, 1981 and is presently in good standing in this court.



Dated: June 8, 2023

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing