# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Texas Gun Rights, Inc., et al. | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 4:23-cv-00578-O |
| | § |
| | § |
| Bureau of Alcohol, Tobacco, Firearms and Explo | § |
| *Defendant* | § |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wisconsin Institute for Law & Liberty, Inc.                                        , with offices at

330 E. Kilbourn Ave., Suite 725
(Street Address)

| Milwaukee | WI | 53202 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 414-727-9455 | 414-727-6385 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.**     Applicant will sign all filings with the name   Lucas T. Vebber                              .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiffs Texas Gun Rights, Inc. and National Association for Gun Rights Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Wisconsin_____, where Applicant regularly practices law.

Bar license number: _1067543_          Admission date: _09/23/2010_____

For Court Use Only.
Bar Status Verified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Wisconsin - Eastern District | 05/22/2019 | Active |
| Wisconsin - Western District | 04/30/2019 | Active |
| 7th Circuit Court of Appeals | 01/15/2021 | Active |
| 5th Circuit Court of Appeals | 03/14/2023 | Active |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the
Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                   Case No. And Style:

01/31/2023 _____     2:23-cv-00019 Britto, et al. v. Bureau of ATFE _____

_____                _____

_____                _____

(If necessary, attach statement of additional applications.)


X.      Local counsel of record associated with Applicant in this matter is

Jason C. Nash, The Law Office of Jason Nash, P.L.L.C. _____, who has offices at

601 Jameson Street _____
(Street Address)

Weatherford _____     TX _____     76086 _____
(City)                            (State)                (Zip Code)

817-757-7062 _____     N/A _____
(Telephone No.)                   (Facsimile No.)


XI.     Check the appropriate box below.

For Application in a **Civil Case**

☑       Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐       Applicant has read and will comply with the local criminal rules of this court.


XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for
the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this
document has been served upon each attorney of record and the original upon the clerk of court,
accompanied by a $100 filing fee, on this the   12th   day of June _____, 2023 _____.


Lucas T. Vebber _____
Printed Name of Applicant

s/ Lucas T. Vebber _____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the
applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the
signature line.