

**THE UNITED STATES ATTORNEY'S OFFICE** *for the*
**NORTHERN DISTRICT** *of* **TEXAS**

BRIAN W. STOLTZ, *Assistant United States Attorney*     1100 Commerce Street, Third Floor     *Telephone:* (214) 659-8626
                                                         Dallas, Texas 75242-1699                brian.stoltz@usdoj.gov

June 9, 2023

Annalise Ehlenbach                                By email to annalise@will-law.org
Wisconsin Institute for Law & Liberty, Inc.
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202

Re:   *Texas Gun Rights Inc. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives*,
      No. 4:23-CV-578-O (N.D. Tex.)

Dear Ms. Ehlenbach:

This is to confirm that on June 9, 2023, I accepted on behalf of the United States Attorney for the Northern District of Texas service of the summons and complaint in the above-captioned action. *See* Fed. R. Civ. P. 4(*i*)(1)(A)(i).

Please note that my authority to accept service of process is limited to service on the United States Attorney for the Northern District of Texas, and I do not have authority to accept service of process on behalf of the Attorney General for purposes of Fed. R. Civ. P. 4(*i*)(1)(B).

Very truly yours,

*[signature]*

Brian W. Stoltz
Assistant United States Attorney