IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

TEXAS GUN RIGHTS, INC.,
and NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

v.                                      Civil Action No. 4:23-cv-00578-O

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

---

**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

      For the reasons stated in the attached opinion, Plaintiffs' Motion for a Preliminary Injunction is hereby granted. As permitted in Fed. R. Civ. P. 65, and 5 U.S.C. § 705, Defendant is prohibited from implementing and enforcing the "Factoring Criteria for Firearms with Attached 'Stabilizing Braces'" Rule as published at 88 Fed. Reg. 6478 (Jan. 31, 2023) until further order from this Court.

      Date: _____                  By:_____
                                                                  The Honorable Reed O'Connor