UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TEXAS GUN RIGHTS, INC and NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-00578-O |
| v. | § § § | |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,** | § § § § | |
| Defendant. | | |

**ORDER**

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) and Brief in Support (ECF No. 11), filed June 15, 2023. Except in limited circumstances not alleged to exist here, Federal Rule of Civil Procedure 65 requires courts to issue injunctions only after the nonmoving party receives notice. FED. R. CIV. P. 65(a)(1). Plaintiffs filed their Complaint (ECF No. 1) on June 8, 2023. Given Plaintiffs' recent filing of the case, the docket reflects that Defendant has not yet been served with notice of the action or otherwise appeared. In keeping with the requirements of Rule 65, the Court **ORDERS** Plaintiffs to provide Defendant with (1) Plaintiffs' Motion and Brief in Support, (2) this Order, and (3) service of process **no later than June 21, 2023** and to file notice on the docket within one business day thereof informing the Court how such service was made. Once Defendant has been served, and **no later than June 28, 2023**, the parties **SHALL FILE** a joint notice on the docket outlining a briefing schedule for the motion.

**SO ORDERED** this **16th day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE