IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

TEXAS GUN RIGHTS, INC., and
NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

v.                                         Civil Action No. 4:23-cv-00578-O

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

---

## AFFIDAVIT OF SERVICE

---

STATE OF WISCONSIN    )
                                 ) SS
MILWAUKEE COUNTY    )

    Annalise Ehlenbach, being duly sworn, states as follows:

    On June 9, 2023, I effectuated service of the following documents in the above-referenced action on Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives by serving the below recipients via certified mail, pursuant to Fed. R. Civ. P. 4(i):

    ECF Nos. 1 to 1-2: Verified Complaint, Civil Cover Sheet, and Notice of Related Cases;
    ECF No. 2: Certificate of Interested Persons/Disclosure Statement;
    ECF No. 3: Summons to be Issued;
    ECF No. 4: Notice of Right to Consent to Magistrate Judge; and
    ECF No. 5: Issued Summons.

| | |
|---|---|
| Office of the Attorney General<br>of the United States<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530-0001 | Bureau of Alcohol, Tobacco,<br>Firearms and Explosives<br>99 New York Avenue, NE<br>Washington, DC 20226 |
| Tracking: 70200640000128324854<br>Delivered: 06/16/2023 | Tracking: 70200640000128324830<br>Delivered: 06/16/2023 |

Service of the above-listed documents was accepted via email by Assistant U.S. Attorney Brian Stoltz on June 9, 2023, as stated in his letter detailing the same (ECF No. 9).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2023.

*Annalise Ehlenbach*
Annalise Ehlenbach
Paralegal
Wisconsin Institute for Law & Liberty Inc.

Subscribed and sworn to before me
this 19th day of June, 2023.

*Stacy A. Stueck*
Notary Public, State of Wisconsin
My commission expires 6/29/24

[Notary Seal: STACY A. STUECK, NOTARY PUBLIC, STATE OF WISCONSIN]

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I electronically filed this affidavit using the CM/ECF system. Thus far, no appearances have been filed in this case, however, service was accepted electronically by AUSA Brian Stoltz on behalf of the U.S. Attorney's office. Accordingly, a copy of this affidavit will be served pursuant to Fed. R. Civ. P. 5 as follows:

Office of the Attorney General
of the United States
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

Bureau of Alcohol, Tobacco,
Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

Email service to: AUSA Brian Stoltz
(Brian.Stoltz@usdoj.gov)

Courtesy copies will be sent via email to Attorneys Pitz (Taylor.N.Pitz@usdoj.gov), Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Drezner (Michael.L.Drezner@usdoj.gov).

Dated this 19th day of June, 2023.

s/ *Jason C. Nash*
Jason C. Nash