IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TEXAS GUN RIGHTS, INC.,
and NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

v.                                            Civil Action No. 4:23-cv-00578-O

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

**AFFIDAVIT OF SERVICE**

STATE OF WISCONSIN    )
                                  ) SS
MILWAUKEE COUNTY     )

      Annalise Ehlenbach, being duly sworn, states as follows:

      On June 16, 2023, copies of the Motion for Preliminary Injunction and supporting documents (ECF Nos. 10–12) were sent via electronic mail to Brian Stoltz (Brian.Stoltz@usdoj.gov), Taylor Pitz (Taylor.N.Pitz@usdoj.gov), Jody Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Michael Drezner (Michael.L.Drezner@usdoj.gov).

      Additionally, on June 20, 2023, I sent the following documents via first class U.S. Mail to the below recipients:[1]

      ECF No. 6: Esenberg Application for PHV, Proposed Order and Cert. of Good Standing;
      ECF No. 7: Lennington Application for PHV, Proposed Order and Cert. of Good Standing;
      ECF No. 8: Vebber Application for PHV, Proposed Order and Cert. of Good Standing;
      ECF No. 9: U.S. Attorney Acceptance of Service Letter;
      ECF No. 10: Motion for Preliminary Injunction;
      ECF No. 11: Brief in Support of Motion for Preliminary Injunction;
      ECF No. 12: Appendix in Support of Motion for Preliminary Injunction;
      ECF No. 13: Order for Service; and
      ECF No. 14 Affidavit of Service.

---

[1] The Certificates of Service in ECF Nos. 10–12 inadvertently stated that copies of the same would be served via Fed. R. Civ. P. 4, however, Plaintiffs meant to list Fed. R. Civ. P. 5.

1

Office of the Attorney General
of the United States
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

Bureau of Alcohol, Tobacco,
Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2023.

*Annalise Ehlenbach* (signature)

Annalise Ehlenbach
Paralegal
Wisconsin Institute for Law & Liberty Inc.

Subscribed and sworn to before me
this 20th day of June, 2023.

*Stacy A. Stueck* (signature)

Notary Public, State of Wisconsin
My commission expires 6/29/2_

[Notary seal: STACY A. STUECK, NOTARY PUBLIC, STATE OF WISCONSIN]

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed this affidavit using the CM/ECF system. Thus far, no appearances have been filed in this case, however, service was accepted electronically by AUSA Brian Stoltz on behalf of the U.S. Attorney's office. Accordingly, a copy of this affidavit will be served pursuant to Fed. R. Civ. P. 5 as follows:

| | |
|---|---|
| Office of the Attorney General<br>of the United States<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530-0001 | Bureau of Alcohol, Tobacco,<br>Firearms and Explosives<br>99 New York Avenue, NE<br>Washington, DC 20226 |

Email service to: AUSA Brian Stoltz
(Brian.Stoltz@usdoj.gov)

Courtesy copies will be sent via email to Attorneys Pitz (Taylor.N.Pitz@usdoj.gov), Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Drezner (Michael.L.Drezner@usdoj.gov).

Dated this 21st day of June, 2023.

s/ *Jason C. Nash*
Jason C. Nash