IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

TEXAS GUN RIGHTS, INC.,
and NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

v.                                                                                  Civil Action No. 4:23-cv-00578-O

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

---

# NOTICE
---

Pursuant to the Court's Order (ECF No. 13), Plaintiffs Texas Gun Rights, Inc. and National Association For Gun Rights Inc. ("Plaintiffs") file this Notice, and respectfully show the Court as follows:

1. Pursuant to the Court's Order (ECF No. 13), Plaintiffs inform the Court that they served notice and copies of (1) Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) and Brief in Support (ECF No. 11) and (2) the Court's Order (ECF No. 13) on Defendant on June 20, 2023, via first class U.S. Mail to:

| | |
|---|---|
| Office of the Attorney General<br>of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | Bureau of Alcohol, Tobacco,<br>Firearms and Explosives<br>99 New York Avenue, NE<br>Washington, DC 20226 |

Copies of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) and Brief in Support (ECF No. 11) were also served via electronic mail on June 16, 2023, to Brian Stoltz (Brian.Stoltz@usdoj.gov), Taylor Pitz (Taylor.N.Pitz@usdoj.gov), Jody Lowenstein

(Jody.D.Lowenstein@usdoj.gov), and Michael Drezner (Michael.L.Drezner@usdoj.gov). Plaintiffs filed an Affidavit of Service on June 21, 2023 (ECF No. 15) reflecting service in this manner. A copy of the Court's Order (ECF No. 13) was also served via electronic mail on June 19, 2023 to Brian Stoltz (Brian.Stoltz@usdoj.gov), Taylor Pitz (Taylor.N.Pitz@usdoj.gov), Jody Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Michael Drezner (Michael.L.Drezner@usdoj.gov).

  2. Also pursuant to the Court's Order (ECF No. 13), Plaintiffs inform the Court that they provided Defendant with service of process by serving a copy of the Summons (ECF No. 5) and Complaint (ECF No. 1) via certified mail on June 9, 2023, pursuant to Fed. R. Civ. P. 4(i), to the following recipients:

> Office of the Attorney General  
> of the United States  
> 950 Pennsylvania Ave., N.W.  
> Washington, DC 20530-0001  

> Bureau of Alcohol, Tobacco,  
> Firearms and Explosives  
> 99 New York Avenue, NE  
> Washington, DC 20226  

Service of the Summons and Complaint was also accepted via email by Assistant U.S. Attorney Brian Stoltz on June 9, 2023, as stated in his letter detailing the same (ECF No. 9). Additionally, Plaintiffs filed an Affidavit of Service on June 19, 2023 (ECF No. 14) reflecting service in this manner of the Summons and Complaint (and related filings).

  Dated this 21st day of June, 2023.

> Respectfully Submitted,
>
> THE LAW OFFICE OF JASON NASH, P.L.L.C.
>
> s/ *Jason C. Nash*  
> Jason C. Nash (Texas Bar No. 24032894)  
> 601 Jameson Street  
> Weatherford, TX 76086  
> Telephone: (817) 757-7062  
> Jnash@jasonnashlaw.com
>
> WISCONSIN INSTITUTE FOR  
> LAW & LIBERTY, INC.

2

>Richard M. Esenberg (*pro hac vice pending*)
>Daniel P. Lennington (*pro hac vice pending*)
>Lucas T. Vebber (*pro hac vice pending*)
>330 East Kilbourn Avenue, Suite 725
>Milwaukee, WI 53202
>Telephone: (414) 727-9455
>Facsimile: (414) 727-6385
>Rick@will-law.org
>Dan@will-law.org
>Lucas@will-law.org
>
>ARRINGTON LAW FIRM
>
>Barry K. Arrington (*pro hac vice application forthcoming*)
>(Texas Bar No. 24129555)
>4195 Wadsworth Boulevard
>Wheat Ridge, CO 80033
>Telephone: (303) 205-7870
>Barry@arringtonpc.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed this notice using the CM/ECF system. Thus far, no appearances have been filed in this case, however, service was accepted electronically by AUSA Brian Stoltz on behalf of the U.S. Attorney's office. Accordingly, a copy of this affidavit will be served pursuant to Fed. R. Civ. P. 5 as follows:

| | |
|---|---|
| Office of the Attorney General<br>of the United States<br>950 Pennsylvania Ave, N.W.<br>Washington, DC 20530-0001 | Bureau of Alcohol, Tobacco,<br>Firearms and Explosives<br>99 New York Avenue, NE<br>Washington, DC 20226 |
| Email service to: AUSA Brian Stoltz<br>(Brian.Stoltz@usdoj.gov) | |

Courtesy copies will be sent via email to Attorneys Pitz (Taylor.N.Pitz@usdoj.gov), Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Drezner (Michael.L.Drezner@usdoj.gov).

3

Dated this 21st day of June, 2023.

                                                s/ *Jason C. Nash*
                                                Jason C. Nash