IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TEXAS GUN RIGHTS, INC.,
and NATIONAL ASSOCIATION
FOR GUN RIGHTS INC.,

      Plaintiffs,

    v.                                        Civil Action No. 4:23-cv-00578-O

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendant.

## JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE

In response to the Court's Order (ECF No. 13), the parties have conferred and hereby file this joint notice proposing the following briefing schedule for Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) for the Court's consideration: Defendant will file its response brief no later than July 10, 2023, and Plaintiffs will file a reply brief no later than July 28, 2023.

Dated this 22nd day of June, 2023.

                                      Respectfully Submitted,

                                      THE LAW OFFICE OF JASON NASH, P.L.L.C.

                                      s/ *Jason C. Nash*

                                      Jason C. Nash (Texas Bar No. 24032894)
                                      601 Jameson Street
                                      Weatherford, TX 76086
                                      Telephone: (817) 757-7062
                                      Jnash@jasonnashlaw.com

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

Richard M. Esenberg (*pro hac vice pending*)
Daniel P. Lennington (*pro hac vice pending*)
Lucas T. Vebber (*pro hac vice pending*)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org


ARRINGTON LAW FIRM

Barry K. Arrington (*pro hac vice application forthcoming*)
(Texas Bar No. 24129555)
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
Telephone: (303) 205-7870
Barry@arringtonpc.com


*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
Michael Drezner (VA Bar No. 83836)
Jody D. Lowenstein (MT Bar No. 55816869)
Taylor Pitz (CA Bar No. 332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed this notice using the CM/ECF system. Thus far, no appearances have been filed in this case, however, service was accepted electronically by AUSA Brian Stoltz on behalf of the U.S. Attorney's office. Accordingly, a copy of this affidavit will be served pursuant to Fed. R. Civ. P. 5 as follows:

Office of the Attorney General
of the United States
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

Bureau of Alcohol, Tobacco,
Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

Email service to: AUSA Brian Stoltz
(Brian.Stoltz@usdoj.gov)

Courtesy copies will be sent via email to Attorneys Pitz (Taylor.N.Pitz@usdoj.gov), Lowenstein (Jody.D.Lowenstein@usdoj.gov), and Drezner (Michael.L.Drezner@usdoj.gov).

Dated this 22nd day of June, 2023.

s/ *Jason C. Nash*
Jason C. Nash