UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC and <br> NATIONAL ASSOCIATION FOR GUN <br> RIGHTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS, AND EXPLOSIVES, <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 4:23-cv-00578-O |

## ORDER

Before the Court is the Parties' Joint Notice of Proposed Briefing Schedule (ECF No. 17), filed June 22, 2023. Accordingly, the Court sets the following briefing schedule regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 10):

- Defendant shall file its response on or before **July 17, 2023**.

- Plaintiffs shall file any reply on or before **July 28, 2023**.

    **SO ORDERED** this **10th day** of **July, 2023**.

                                                                Reed O'Connor
                                                        UNITED STATES DISTRICT JUDGE