# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Texas Gun Rights, Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-00578-O |
| ATF | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 07/14/2023

/s/ Taylor Pitz
*Attorney's signature*

Taylor Pitz (CA Bar No. 332080)
*Printed name and bar number*

US Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington DC 20005
*Address*

taylor.n.pitz@usdoj.gov
*E-mail address*

(202) 305-5200
*Telephone number*

*FAX number*