IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | Case No. 4:23-CV-578-O |

## JOINT MOTION FOR EXTENSION OF PAGE LIMITS

Plaintiffs, Texas Gun Rights, Inc. and National Association for Gun Rights Inc., and Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), jointly move for an extension of the page limits in the parties' respective briefs concerning Plaintiffs' Motion for a Preliminary Injunction. ECF No. 11.

Plaintiffs filed suit in this matter on June 8, 2023, ECF No. 1, and filed their Motion for a Preliminary Injunction on June 15, 2023. ECF No. 11. Plaintiffs raise six separate legal claims as reasons why a recent ATF final rule should be preliminarily enjoined. Given the number, complexity, and novelty of the issues presented, and the relief that is requested, the standard 25-page response provided for under the Local Rules is insufficient to address the issues before the Court.

Accordingly, to ensure that the parties can fully present their arguments, and because a fulsome explanation from both sides will aid the Court in its consideration of Plaintiffs' Motion, the parties respectfully request that Defendant be permitted to file a Response of up

1

to 45 pages in length, and Plaintiffs be permitted to file a Reply of up to 18 pages in length. A proposed order is attached.

Dated: July 14, 2023                Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    BRIGHAM J. BOWEN
                                    Assistant Branch Director

                                    /s/ Taylor Pitz
                                    TAYLOR PITZ (CA Bar No. 332080)
                                    JODY D. LOWENSTEIN (MT Bar No. 55816869)
                                    MICHAEL DREZNER (VA Bar No. 83836)
                                    Trial Attorneys
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street NW
                                    Washington, DC 20005
                                    Phone: (202) 305-5200
                                    Email: taylor.n.pitz@usdoj.gov

                                    *Attorneys for Defendant*

Dated: July 10, 2023

                                    WISCONSIN INSTITUTE FOR
                                    LAW & LIBERTY, INC.

                                    s/ *Daniel P. Lennington*
                                    Richard M. Esenberg (*admitted pro hac vice*)
                                    Daniel P. Lennington (*admitted pro hac vice*)
                                    Lucas T. Vebber (*admitted pro hac vice*)
                                    330 East Kilbourn Avenue, Suite 725
                                    Milwaukee, WI 53202
                                    Telephone: (414) 727-9455
                                    Facsimile: (414) 727-6385
                                    Rick@will-law.org
                                    Dan@will-law.org
                                    Lucas@will-law.org

THE LAW OFFICE OF
JASON NASH, P.L.L.C.

Jason C. Nash (Texas Bar No. 24032894)
601 Jameson Street
Weatherford, TX 76086
Telephone: (817) 757-7062
jnash@jasonnashlaw.com

ARRINGTON LAW FIRM

Barry K. Arrington (*admitted pro hac vice*)
(Texas Bar No. 24129555)
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
Telephone: (303) 205-7870
barry@arringtonpc.com

*Attorneys for Plaintiffs*