IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | Case No. 4:23-CV-578-O |

## **[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF PAGE LIMITS**

The Court, having considered the Joint Motion for Extension of Page Limits, concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, IT IS ORDERED that:

1. Defendant's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction shall not exceed 45 pages in length.

2. Plaintiffs' Reply in Support of their Motion shall not exceed 18 pages in length.

SO ORDERED on _____

_____
UNITED STATES DISTRICT JUDGE