IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

TEXAS GUN RIGHTS, INC.,
NATIONAL ASSOCIATION FOR GUN RIGHTS INC.,

    Plaintiffs,

v.

Case No. 2:23-cv-00019

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    Defendant.

## DECLARATION OF CHRIS MCNUTT

I, Chris McNutt, declare as follows based on my own personal knowledge:

1. I am the President of the Texas Gun Rights, Inc. In this role, I am personally familiar with TGR's operations, organization, and membership.

2. TGR has members who can no longer lawfully possess a pistol with a stabilizing brace without first registering that the pistol is a "short-barreled rifle." One of these members, who is referred to as D.S., owned a pistol with a stabilizing brace subject to the new rule. Instead of registering the firearm, D.S. rendered the pistol brace unusable as required by the new rule. Based on my own personal knowledge, many TGR members are in the same position as D.S.

3. TGR also has a member who would like to acquire, keep, possess, and transfer a pistol with a stabilizing brace. One of these members is Justin Maloney, who

would like to purchase a stabilizing brace but now will not because he does not want to register under the new rule.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 7-25-23

Chris McNutt