IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | Case No. 4:23-CV-578-O |

**[PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Court, having considered the Consent Motion for Extension of Time to Respond to Complaint, concludes that the motion has merit and should be, and hereby is, GRANTED. Defendant shall file an answer or otherwise respond to the complaint no later than 30 days after the Court resolves Plaintiffs' Motion for Preliminary Injunction. ECF Nos. 10, 11.

**SO ORDERED.**

Dated: _____

Reed O'Connor
UNITED STATES DISTRICT JUDGE