UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TEXAS GUN RIGHTS, INC** and **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** § § § § | |
| Plaintiffs, § | Civil Action No. 4:23-cv-00578-O |
| § | |
| v. § | |
| § | |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,** § § § | |
| Defendant. § | |

# ORDER

Before the Court is Defendant Consent Motion for Extension of Time to Respond to Complaint (ECF No. 29), filed August 8, 2023. The Motion is hereby **GRANTED**. Defendant **SHALL** file an answer or otherwise respond to the Complaint in this action no later than thirty days after the Court issues its decision on Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 10).

**SO ORDERED** on this **9th day** of **August, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**