UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS GUN RIGHTS, INC and<br>NATIONAL ASSOCIATION FOR GUN<br>RIGHTS, INC., | §<br>§<br>§<br>§ | |
| Plaintiffs, | § | Civil Action No. 4:23-cv-00578-O |
| | § | |
| v. | §<br>§ | |
| BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS, AND EXPLOSIVES, | §<br>§<br>§ | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 10), filed June 15, 2023; the Defendant's Response (ECF No. 27), filed July 17, 2023; and the Plaintiffs' Reply (ECF No. 28), filed July 28, 2023. On August 1, 2023, the United States Court of Appeals for the Fifth Circuit released an opinion in *Mock v. Garland*, No. 23-10319, 2023 U.S. App. LEXIS 19846, 2023 WL 4882763 (5th Cir. Aug. 1, 2023). In order to resolve the Motion, the Court **ORDERS** both parties to file supplemental briefing addressing *Mock*. The supplemental briefs are due to the Court by August 30, 2023, and replies no later than September 5, 2023.

**SO ORDERED** on this **21st day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE