UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS GUN RIGHTS, INC and<br>NATIONAL ASSOCIATION FOR GUN<br>RIGHTS, INC., | §<br>§<br>§<br>§ | |
| Plaintiffs, | § | Civil Action No. 4:23-cv-00578-O |
| | § | |
| v. | §<br>§ | |
| BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS, AND EXPLOSIVES, | §<br>§<br>§ | |
| Defendant. | § | |

## ORDER

On October 4, 2023, the Court issued its Opinion & Order (ECF No. 36) on the Motion for Preliminary Injunction (ECF No. 10) in this case. Considering that decision, the parties are hereby **ORDERED** to meet and confer and file a joint status report with the Court **no later than November 10, 2023**, notifying how the parties intend to proceed in the case and, if the parties intend to so proceed, proposing a modified dispositive motion schedule.

**SO ORDERED** on this **11th day** of **October, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE