IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES. <br><br> *Defendant*. | Case No. 4:23-CV-578-O |

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 11, 2023, ECF No. 37, the parties respectfully submit this joint status report. The parties have conferred about next steps in this matter and request a stay of proceedings pending this Court's resolution of the forthcoming cross-motions for summary judgment in *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.).

The plaintiffs in *Mock* challenge the same rule at issue in this case. And because this Court's decision in in *Mock* will likely prove relevant in this case, the parties respectfully submit that a stay of proceedings to await that decision will help to conserve party and judicial resources. Moreover, a stay in this matter would likely be limited in duration, as briefing in *Mock* is scheduled to conclude in February 2024.

Accordingly, the parties request that the Court stay proceedings pending entry of final judgment in *Mock*. The parties will submit a joint status report no later than 21 days thereafter to propose next steps for resolution of this case.

1

Dated: November 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendant*


WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ *Daniel P. Lennington*

Richard M. Esenberg (*admitted pro hac vice*)
Daniel P. Lennington (*admitted pro hac vice*)
Lucas T. Vebber (*admitted pro hac vice*)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org

THE LAW OFFICE OF
JASON NASH, P.L.L.C.

Jason C. Nash (Texas Bar No. 24032894)
601 Jameson Street
Weatherford, TX 76086
Telephone: (817) 757-7062
jnash@jasonnashlaw.com

ARRINGTON LAW FIRM

Barry K. Arrington (*admitted pro hac vice*)
(Texas Bar No. 24129555)
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
Telephone: (303) 205-7870
barry@arringtonpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On November 10, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice