UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC and NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, <br><br> Defendant. | Civil Action No. 4:23-cv-00578-O |

# ORDER

Before the Court is the Joint Status Report (ECF No. 40), filed November 10, 2023. In the Report, the Parties request a stay of these proceedings until entry of final judgment in *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.). The request is hereby **GRANTED**. The proceedings in this case are hereby **STAYED** until **entry of final judgment in *Mock*,** at which point the Parties must file a joint status report with the Court detailing whether (1) proceedings should continue; (2) the case should be dismissed; or (3) whether an extension of the stay is needed.

**SO ORDERED** on this **13th day** of **November, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -