IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GUN RIGHTS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 4:23-cv-578-O |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiffs hereby dismiss this action with prejudice. Each side shall bear their own fees and costs.

Dated: August 14, 2025

Respectfully submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

*s/ Lucas T. Vebber*
Richard M. Esenberg (*admitted pro hac vice*)
Daniel P. Lennington (*admitted pro hac vice*)
Lucas T. Vebber (*admitted pro hac vice*)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

        ANDREW I. WARDEN
        Assistant Branch Director

        <u>*/s/ Jody D. Lowenstein*</u>
        JODY D. LOWENSTEIN (MT Bar No. 55816869)
        TAYLOR PITZ (CA Bar No. 332080)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Phone: (202) 598-9280
        Email: jody.d.lowenstein@usdoj.gov

        *Attorneys for Defendant*